Stephen S. Walters, OSB 801200
swalters@oregonlawcenter.org
Tel: (503) 473-8311
David Henretty, OSB 031870
dhenretty@oregonlawcenter.org
Tel: (503) 473-8684
OREGON LAW CENTER
522 SW Fifth Ave., Suite 812
Portland, OR 97204

Jonathan M. Dennis, OSB 146256
jdennis@oregonlawcenter.org
OREGON LAW CENTER
35 SE Fifth Ave., Suite 1
Ontario, OR  97914
Tel: (541) 889-3296

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| LUZ NUNEZ, | Case No. 2:18-cv-00375-SU |
| Plaintiff, | |
| vs. | PLAINTIFF'S AFFIDAVIT OF SERVICE ON DEFENDANT B. JONES |
| B. JONES, and JOHN DOES 1 - 4, in their individual capacities as agents of the United States Immigration and Customs Enforcement, | |
| Defendants. | |

Page 1  - PLAINTIFF'S AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Luz Nunez

Plaintiff(s):

ANOTHER AFFIDAVIT OF SERVICE

vs.

Case Number: 2:18-cv-00375-SU

B. Jones et al.

Defendant(s):

For:
Oregon Law Center
522 SW Fifth Ave., Ste. 812
Portland, OR 97204

STATE OF IDAHO            )
                          :ss
COUNTY OF ADA             )

Received by Tri-County Process Serving LLC on March 15, 2018 to be served on **B. JONES**.

I, Antonio Roque, who being duly sworn, depose and say that on Monday, March 19, 2018, at 12:48 PM, I:

SERVED the within named person(s) by leaving a true copy of the **Summons in a Civil Action, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order** with Brett Thomas, Bond Client Specialist, on behalf of B. Jones. Said service was effected at **US Department of Homeland Security, 1185 S. Vinnell Way, Boise, ID 83709**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Reference Number: 166162
Client Reference: David Henretty

Subscribed and sworn before me today
Wednesday, April 18, 2018

TRI-COUNTY PROCESS SERVING LLC
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission Expires on November 20, 2018