Stephen S. Walters, OSB 801200
swalters@oregonlawcenter.org
Tel: (503) 473-8311
David Henretty, OSB 031870
dhenretty@oregonlawcenter.org
Tel: (503) 473-8684
OREGON LAW CENTER
522 SW Fifth Ave., Suite 812
Portland, OR 97204

Jonathan M. Dennis, OSB 146256
jdennis@oregonlawcenter.org
OREGON LAW CENTER
35 SE Fifth Ave., Suite 1
Ontario, OR 97914
Tel: (541) 889-3296

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| LUZ NUNEZ, | Case No. 2:18-cv-00375-SU |
| Plaintiff, | |
| vs. | PLAINTIFF'S CERTIFICATE OF MAILING TO DEFENDANT B. JONES |
| B. JONES, and JOHN DOES 1 - 4, in their individual capacities as agents of the United States Immigration and Customs Enforcement, | |
| Defendants. | |

Pursuant to FRCP 4(e), 4(i)(3), and ORCP 7(D)(2)(c), 7(F)(2)(a)(i), I hereby certify that

on March 30, 2018, I caused to be served a true copy of the Summons, the Complaint, Civil Case

Page 1 - PLAINTIFF'S CERTIFICATE OF MAILING

Assignment Order, Discovery and Pretrial Scheduling Order, and Affidavit of Service, stating the date, time, and place at which service was made, in this action by United States Postal Service, ordinary first-class, pre-paid, mail to:  B. Jones, United States Department of Homeland Security, 1185 S. Vinnell Way, Boise, Idaho, 83709.

DATED this 27th day of April 2018.

                                            OREGON LAW CENTER

                                            s/David Henretty
                                            David Henretty, OSB 03187
                                            (503) 473-8684
                                            Attorney for Plaintiff