Stephen S. Walters, OSB 801200
swalters@oregonlawcenter.org
Tel: (503) 473-8311
David Henretty, OSB 031870
dhenretty@oregonlawcenter.org
Tel: (503) 473-8684
OREGON LAW CENTER
522 SW Fifth Ave., Suite 812
Portland, OR 97204

Jonathan M. Dennis, OSB 146256
jdennis@oregonlawcenter.org
OREGON LAW CENTER
35 SE Fifth Ave., Suite 1
Ontario, OR  97914
Tel: (541) 889-3296

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| LUZ NUNEZ, | Case No. 2:18-cv-00375-SU |
| Plaintiff, | PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT JONES' MOTION TO DISMISS, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| B. JONES, and JOHN DOES 1 - 4, in their individual capacities as agents of the United States Immigration and Customs Enforcement, | |
| Defendants. | |

Page 1  - PLAINTIFF'S MOTION TO EXTEND TIME

Pursuant to L.R. 7-1(a), counsel for Plaintiff conferred with counsel for Defendant Jones about this motion and Defendant Jones will not oppose it.

Plaintiff moves the Court to extend the time she must file and serve her response to Defendant Jones' Motion to Dismiss or, Alternatively, Motion for Summary Judgment to September 14, 2018. The current deadline is September 5, 2018, pursuant to L.R. 7-1(e)(1).

In support of her motion plaintiff offers the declaration of David Henretty, one of her attorneys.

DATED this 28th day of August, 2018.

                                                    OREGON LAW CENTER

                                                    s/David Henretty
                                                    David Henretty, OSB 03187
                                                    dhenretty@oregonlawcenter.org
                                                    (503) 473-8684
                                                    Attorney for Plaintiff